

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2015

No. 04-15-00111-CR

Claudia **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 446387
The Honorable Monica A. Gonzalez, Judge Presiding

# O R D E R

On October 14, 2015, this court issued its opinion and judgment in this appeal. On October 21, 2015, we granted Royal K. Griffin's (Appellant's retained counsel on appeal) motion to withdraw.

On October 22, 2015, Alberto Elias "Albert" Chaires moved to substitute as attorney of record. *See* TEX. R. APP. P. 6.5(d). Counsel's motion is GRANTED.

We DIRECT the clerk of this court to update this court's records to show Appellant's new attorney of record in this appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court